UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20480-CR-RUIZ/LOUIS

18 U.S.C. § 371
16 U.S.C. § 3372(d)(1)
16 U.S.C. § 3372(d)(2)

FILED BY ___MP___ D.C.

Dec 13, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

JOHN MICHAEL KREATSOULAS,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Defendant **JOHN MICHAEL KREATSOULAS** was a resident of Lee County, Florida, and the owner and principal of OMNI REPTILES, INC. ("OMNI"), an unregistered Florida business located at 2007 Fitch Avenue, Alva, Florida. OMNI was engaged in the domestic and international wholesale trade of wildlife, including protected species of reptiles. OMNI shipped wholesale wildlife, including protected species of reptiles, to, among other places, Germany and China, through, among other places, Miami International Airport, in the Southern District of Florida.

2. Co-conspirator 1 ("CC1") was the owner of a business that sold wildlife, including reptiles, located in Broward County, Florida.

3. Co-conspirator 2 ("CC2") was a harvester / supplier of natural wildlife which CC2 sold to various establishments located in the State of Florida.

4. Co-conspirator 3 ("CC3") was the owner of a wildlife aquaculture facility located in Hillsborough County, Florida.

5. The Lacey Act made it unlawful for any person to make or submit any false record, account, or label for, or any false identification of any wildlife, including reptiles and any part, product, egg, or offspring thereof, which has been, or is intended to be, exported, or transported in interstate or foreign commerce. 16 U.S.C. § 3372(d)(1) and (2).

6. In addition, the Lacey Act made it "unlawful for any person – (2) to . . . export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce – (A) any . . . wildlife taken, possessed, transported, or sold in violation of any law or regulation of any State . . .", or attempt to do so. 16 U.S.C. § 3372(a)(2)(A), 3372(a)(4).

7. The Lacey Act defines "wildlife" as "any wild animal, whether alive or dead, including without limitations any wild mammal, bird, reptile, amphibian, fish, mollusk, crustacean, arthropod, coelenterate, or other invertebrate, whether or not bred, hatched, or born in captivity, and includes any part, product, egg, or offspring thereof." 16 U.S.C. § 3371(a).

8. Florida Administrative Code 68A-25.002, "General Provisions for Taking, Possession and Sale of Reptiles" provided in Section "(6) Turtles," Subsection "(c) Sale – No person shall buy, sell, or possess for sale turtles, their eggs or parts thereof, that have been taken from the wild."

## COUNT 1
### Conspiracy To Illegally Traffic Wildlife
### (18 U.S.C. § 371)

1. The General Allegations Section of this Indictment is realleged and incorporated as if fully set forth in this paragraph.

2.  Beginning at least as early as on or about July 25, 2015, and continuing until in or around July 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN MICHAEL KREATSOULAS,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit offenses against the United States, that is:

   a.  to knowingly export wildlife, that is, Three-Stripe mud turtles (*Kinosternon baurii*) and Florida mud turtles (*Kinosternon subrubrum steindachneri*), knowing that said wildlife was taken, possessed, transported and sold in violation of the laws and regulations of Florida, that is, Florida Administrative Code 68A-25.002, all in violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(1)(A), and Title 18, United States Code, Section 2, and; and

   b.  to knowingly make and submit a false record, account, and false identification of wildlife that was intended to be exported and transported in interstate and foreign commerce, and to knowingly engage in conduct that involved the sale or the offer of sale of said wildlife, with a value greater than $350, all in violation of Title 16, United States Code, Section 3372(d)(1) and (2); and 3373(d)(3)(A).

## Purpose of the Conspiracy

3.  The purpose of the conspiracy was for the defendant and his co-conspirators to smuggle turtles protected under the laws of the State of Florida out of the United States for financial gain and to make or submit false invoices in an attempt to deceive wildlife inspectors and agents with the U.S. Fish and Wildlife Service.

## Manner and Means of the Conspiracy

The manner and means by which the defendant sought to accomplish the objects and

purpose of the conspiracy included, among others, the following:

4.  **JOHN MICHAEL KREATSOULAS** and co-conspirators collected and captured various species of turtles, including Three-Stripe Mud Turtles and Florida Mud Turtles, from the wild within the State of Florida.

5.  **JOHN MICHAEL KREATSOULAS** attempted to conceal that activity, in part, by obtaining a license from the State of Florida to maintain and sell "captive-bred" turtles to provide the appearance the turtles were legally obtained.

6.  **JOHN MICHAEL KREATSOULAS**, through **OMNI**, using instrumentalities of interstate and foreign commerce, would market, sell, and ship, from, among other places, Miami International Airport, the illegally acquired turtles to both interstate and foreign customers, including purchasers in Germany and China.

7.  To conceal the illegal origin of the turtles, a U.S. Fish and Wildlife Services Form 3-177 was prepared for each of the international shipments which contained a false "Source" code attesting that the turtles were captive bred and not wild-caught.

8.  To further conceal the illegal origin of the turtles, **JOHN MICHAEL KREATSOULAS** and another co-conspirator made and caused to be made invoices which purported to show that turtles sold to co-conspirators in Florida and outside the United States were captive bred and not wild-caught.

9.  **JOHN MICHAEL KREATSOULAS** and other co-conspirators benefitted from the illegal sale of the wild-caught turtles through the payments remitted by interstate and foreign customers for the merchandise.

## Overt Acts

In furtherance of the conspiracy, and to accomplish the purpose thereof, **JOHN MICHAEL KREATSOULAS** or one or more of his co-conspirators, committed and caused to be committed in the Southern District of Florida, and elsewhere, one or more of the following overt acts, among others:

1. On or about July 25, 2015, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 offering to sell "*Rhinoclemmys rubida*" [Mexican wood turtles] which stated, "your Chinese will want these."

2. On or about August 26, 2015, **JOHN MICHAEL KREATSOULAS** exported 100 Three-Stripe mud turtles from the Southern District of Florida to China.

3. On or about January 26, 2017, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1, offering to sell "*Kinosternon angustipon*" [Central American mud turtles] that stated, "offer out to your Chinese for $3,500-4,000 see if you can move them."

4. On or about May 23, 2016, **JOHN MICHAEL KREATSOULAS** made a false wildlife record, to wit, Commercial "Invoice NO. 343082" for three (3) Florida mud turtles (*Kinosternon subrubrum steindachneri*), which were sold and attempted to be shipped to a co-conspirator in Germany.

5. On or about May 26, 2016, **JOHN MICHAEL KREATSOULAS** made a false U.S. Fish and Wildlife Services Form 3-177, which was related to the sale and export, from the Southern District of Florida, of 3 Florida mud turtles (*Kinosternon subrubrum steindachneri*), to a co-conspirator in Germany.

6. On or about June 6, 2016, **JOHN MICHAEL KREATSOULAS** made and caused to be made a false wildlife record, to wit, one (1) invoice numbered "307032", which purported to reflect purchases of Florida mud turtles (*Kinosternon subrubrum steindachneri*), totaling 10 animals, from an aquaculture facility in Florida.

7. On or about April 13, 2017, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 regarding Three-Stripe mud turtles, which stated, "my overseas customers want 10,000 at 32 each so if I sell local I have to make at least ten bucks…usually 30-100 a week…right now around 30 should have around 50 tomorrow…I'll save them for you."

8. On or about June 24, 2017, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 in response to a request for Three-Stripe mud turtles, that stated, "still at 44 or 45".

9. Approximately forty hours later, on or about June 26, 2017, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 that stated, "Hey [CC1] I'm just getting done with hunting...there were lots of rough greens...can I bring the stuff tomorrow?"

10. On that same date, June 26, 2017, CC1 replied "I'm loaded with green snakes...What else is there?"

11. On or about September 12, 2018, **JOHN MICHAEL KREATSOULAS** sent a text message to CC2, soliciting to purchase Three-Stripe mud turtles and Florida mud turtles that stated "Hey bud still need that other 100 threes [sic] to fill my order. Can you get it to me next week."

12. On or about that same date, September 12, 2018, CC2 responded "When we been trying we got like 15...the guys haven't really been getting much the waters dropping...I'll let you know as soon as I get them together".

13. In response, on that same date, **JOHN MICHAEL KREATSOULAS** stated "I have to give my customer 200 I have 90 something now. Also get me another 1.1 or 2.2 Florida mud."

14. On or about September 23, 2018, **JOHN MICHAEL KREATSOULAS** sent a text to CC2 and stated "I need those 100-120 three lines by end of month still. I have to send the order out soon."

15. On or about October 11, 2018, **JOHN MICHAEL KREATSOULAS** exported, from the Sothern District of Florida, 198 Three-Stripe mud turtles and 80 Florida mud turtles to China.

16. On or about January 15, 2019, CC2 sent a text message to **JOHN MICHAEL KREATSOULAS** that stated "...I'm going fishing all day tomorrow right now I have 80 I should have a hundred for you by Friday."

17. On or about January 17, 2019, **KREATSOULAS** replied to CC2's January 15, 2019, message by stating, "I need 1000 more threes so keep them coming to me please."

18. On or about January 22, 2019, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 and stated, "I went out last night hunting sucked. Today is windy as hell."

6

19. On that same date, January 22, 2019, CC1 replied, "ok. Keep me informed. Need 3 stripes."

20. On or about February 5, 2019, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 in response to a request for Florida mud turtles that stated, "[CC1] I'll try. I have 5 male Florida mud I can sell for $75 each. I'll start hunting again tonight."

21. On or about February 15, 2019, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 indicating he was collecting reptiles, including Three-Stripe mud turtles from the wild, and stated "I have around 125-150 striped and going to try and get some anoles and more of the other tonight and tomorrow night."

22. The following day, on or about February 15, 2019, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 that stated, "I have around 125-150 I'll try and shoot for 200...took the night off last night we were tired."

23. The following day, on or about February 18, 2019, **JOHN MICHAEL KREATSOULAS** sent a text message to CC1 that stated, "have around...200 stripes."

24. On or about February 18, 2019, **JOHN MICHAEL KREATSOULAS** made a false wildlife record, to wit "Commercial Invoice 2/18/2019" for 500 Three-Stripe mud turtles (*Kinosternon baurii*), which were sold and shipped, from the Southern District of Florida to a co-conspirator in Guangzhou, China.

25. On or around February 21, 2019, **JOHN MICHAEL KREATSOULAS** made a false USFWS Form 3-177, which was related to the sale and export of 500 Three-Stripe mud turtles (*Kinosternon baurii*), from the Southern District of Florida to a co-conspirator in China.

26. On or about March 17, 2019, **JOHN MICHAEL KREATSOULAS** emailed the Florida Fish and Wildlife Conservation Commission stating, "Here is the invoice for the striped muds. Included is the aquaculture number from the facility I purchased them from," and attached invoice "174047" dated "3/4/2016" which purported to reflect a sale of 200 Three-Stripe mud turtles (*Kinosternon baurii*), to "Omni Reptiles."

27. In or about and between February 2019 and March 2019, **JOHN MICHAEL KREATSOULAS** thought **OMNI** made and caused to be made false wildlife records, to wit five (5) invoices numbered "173902, 174047, 174048, 147049, and 174050," each of which purports to reflect purchases of Three-Stripe mud turtles (*Kinosternon baurii*), totaling 1035 animals, from an aquaculture facility in Florida,

owned and operated by CC3.

28. On or about April 15, 2019, **JOHN MICHAEL KREATSOULAS** made a false wildlife record, to wit, "Commercial Invoice 04/15/2019" for 530 Three-Stripe mud turtles (*Kinosternon baurii*), which were sold and shipped to a co-conspirator in Hong Kong.

29. On or about May 1, 2019, **JOHN MICHAEL KREATSOULAS** made a false U.S. Fish and Wildlife Form 3-177, which was related to the sale and export of 530 Three-Stripe mud turtles (*Kinosternon baurii*), to a co-conspirator in Hong Kong.

30. On or about July 23, 2021, CC3 sent a text message to **JOHN MICHAEL KREATSOULAS** that stated, "Bad news 2 investigators from fwc [Florida Fish and Wildlife Conservation Commission] showed up yesterday with a subpoena before agrand [sic] in Miami I had to tell them the truth about those invoices I can't afford a lawyer sorry I tried to help it just did not work out sorry."

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2 - 5
## LACEY ACT FALSE RECORDS
## (16 U.S.C. § 3372(d)(1))

1. The General Allegations Section of this Indictment is realleged and incorporated as if fully set forth in this paragraph.

2. On or about the following dates, within Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**JOHN MICHAEL KREATSOULAS,**

did knowingly make, and cause to be made, and submit, a false record and account thereof, for wildlife that were intended to be exported and transported in foreign commerce, in that defendant made and caused to be made "Commercial Invoices" and United States Fish and Wildlife Service Forms 3-177 that falsely stated that the wildlife was "captive-bred" hatchling Three-Stripe Mud Turtles, when in truth and in fact the defendant "hunted," collected, and captured the turtles from the wild, and exported the Three-Stripe Mud Turtles from the U.S. through Miami International

Airport, in the Southern District of Florida, as set forth below:

| Count | Control Number | Date | Number of Turtles | False Information | Destination |
|---|---|---|---|---|---|
| 2 | Commercial Invoice 2/18/2019 | 2/18/2019 | 500 Three-Stripe mud turtles (*Kinosternon baurii*) | USA Captive Born Total $2,500.00 | Gangzhou, China |
| 3 | 2019502612 | 2/21/2019 | 500 Three-Stripe mud turtles (*Kinosternon baurii*) | Source Code "C" | Gangzhou, China |
| 4 | Commercial Invoice 04/15/2019 | 4/15/2019 | 530 Three-Stripe mud turtles (*Kinosternon baurii*) | USA Captive Born Total $2,650.00 | Hong Kong, China |
| 5 | 2019539653 | 5/1/2019 | 530 Three-Stripe mud turtles (*Kinosternon baurii*) | Source Code "C" | Hong Kong, China |

In violation of Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(A)(i); and Title 18, United States Code, Section 2.

## COUNTS 6 - 10
## LACEY ACT FALSE RECORDS
## (16 U.S.C. § 3372(d)(2))

1. The General Allegations Section of this Indictment is realleged and incorporated as if fully set forth in this paragraph.

2. On or about the following dates, within Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

9

### JOHN MICHAEL KREATSOULAS,

knowingly made and caused to be made and submitted a false record and account thereof, for wildlife with a market value greater than $350, that is, Three-Stripe mud turtles (*Kinosternon baurii*), that were and were intended to be transported in interstate and foreign commerce, and did knowingly engage in conduct that involved the offer of sale, the sale of, and the commission of an act with the intent to sell said wildlife, in that Defendant caused invoices to be made that falsely stated Defendant purchased "captive-bred" hatchling Three-Stripe Mud Turtles from a coconspirator when in truth and in fact the turtles were not purchased captive-bred turtles, but taken by Defendant from the wild:

| COUNT | INVOICE NO. | INVOICE DATE | INVOICE MADE | TURTLES CLAIMED PURCHASED | CLAIMED DATE OF SALE AND COST |
|---|---|---|---|---|---|
| 6 | 173902 | 11/13/2018 | Between January 15, 2019, and March 17, 2019 | 190 Three-Stripe mud turtles (*Kinosternon baurii*) | 11/13/2018 $570 |
| 7 | 174047 | 03/04/2016 | After 03/13/2019 | 200 Three-Stripe mud turtles (*Kinosternon baurii*) | 3/4/2016 $600 |
| 8 | 174048 | 01/20/2019 | After 03/13/2019 | 200 Three-Stripe mud turtles (*Kinosternon baurii*) | 1/20/2019 $600 |
| 9 | 174049 | 02/10/2019 | After 03/13/2019 | 200 Three-Stripe mud turtles (*Kinosternon baurii*) | 2/10/2019 $610 |
| 10 | 174050 | 12/12/2018 | After 03/13/2019 | 245 Three-Stripe mud turtles (*Kinosternon baurii*) | 12/12/2018 $735 |

In violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii); and Title 18, United States Code, Section 2.

FOREPERSON

*[signature]*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*[signature]*
Thomas A. Watts-FitzGerald
Assistant United States Attorney

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

*[signature]*
Gary N. Donner
Senior Trial Attorney
Environmental Crimes Section
U.S. Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

John Michael Kreatsoulas,

_____/
Defendant.

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☐ WPB

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)
   I   ☒ 0 to 5 days           ☐ Petty
   II  ☐ 6 to 10 days          ☐ Minor
   III ☐ 11 to 20 days         ☐ Misdemeanor
   IV  ☐ 21 to 60 days         ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Williams   Case No. 21-20495-CR-KMW;19-MJ-02161-Torrres
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
THOMAS WATTS-FITZGERALD
Assistant United States Attorney
FL Bar No.    0273538

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: John Michael Kreatsoulas

**Case No**: _____

Count #: 1

Conspiracy to traffic illegal wildlife in interstate and foreign commerce

Title 18, United States Code, Section 371
* Max. Term of Imprisonment: Five (5) years imprisonment
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years supervised release
* Max. Fine: $250,000 fine; $100 special assessment.

Count #: 2-5

Lacey Act false records

Title 16, United States Code, Section 3372 (d)(1)
* Max. Term of Imprisonment: Five (5) years imprisonment
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years supervised release
* Max. Fine: $250,000 fine; $100 special assessment.

Count #: 6-10

Lacey Act false records

Title 16, United States Code, Section 3372 (d)(2)
* Max. Term of Imprisonment: Five (5) years imprisonment
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years supervised release
* Max. Fine: $250,000 fine; $100 special assessment.

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.